**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

NERMINA ALIMANOVIC
and ELVIR ISLAMOVIC,

    Plaintiffs,

v.

MERCEDES-BENZ USA, LLC, a
foreign limited liability company;
MERCEDES-BENZ RESEARCH
AND DEVELOPMENT NORTH
AMERICA, INC., a foreign
corporation; DAIMLER NORTH
AMERICA CORPORATION, a
foreign corporation; DAIMLER AG,
a foreign corporation,
_____/

Case No.: 8:21-cv-00581-SDM-TGW

## **NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

Plaintiffs, Nermina Alimanovic and Elvir Islamovic, hereby notify this Court that on March 16, 2021, they filed a Notice of Potential Tag-Along Actions ("Notice") with the Judicial Panel on Multidistrict Litigation (the "Panel") alerting the Panel that the above-captioned case contains allegations similar to those included in the actions that the Panel has transferred to the United States District Court for the Southern District of Florida, Miami Division, for coordinated pre-trial proceedings pursuant to 28 U.S.C. § 1407. Plaintiffs' Notice was filed in MDL docket number 2599, *In re Takata Airbag*

*Products Liability Litigation*. A copy of the Notice (without exhibits) is attached as **EXHIBIT A**.

Dated: March 16, 2021        Respectfully submitted,

    */s/ Andrew Parker Felix, Esq.*
**ANDREW PARKER FELIX, ESQ.**
Florida Bar No.: 0685607
**STEVEN E. NAUMAN, ESQ.**
Florida Bar No.: 106126
**BRANDEN WEBER, ESQ.**
Florida Bar No.: 124283
**JOSHUA R. JACOBSON, ESQ.**
Florida Bar No.: 1002264
**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3209
Email: andrew@forthepeople.com
Secondary Email: kdimeglio@forthepeople.com
Secondary Email: snauman@forthepeople.com
Secondary Email: bweber@forthepeople.com
Secondary Email: jjacobson@forthepeople.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 16, 2021, the foregoing document was electronically filed with the Clerk of Court for the Middle District of Florida, Tampa Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    */s/ Andrew Parker Felix, Esq.*
        Attorney